Daniel B. Chammas (SBN 204825)
dchammas@fordharrison.com
Min K. Kim (SBN 305884)
mkim@fordharrison.com
FORD HARRISON LLP
350 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone:  (213) 237-2400
Facsimile:   (213) 237-2401

Attorneys for Defendant,
OTO DEVELOPMENT, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA STULL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OTO DEVELOPMENT, LLC, a corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02722-TLN-AC<br>Assigned to Hon. Troy L. Nunley<br>Magistrate Judge Allison Claire<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO ARBITRATION AND STAY ACTION PENDING ARBITRATION**<br><br><br>Action Filed:     August 28, 2024<br>Removal Date:   October 3, 2024 |

FORD HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Case No. 2:24-cv-02722-TLN-AC
ORDER GRANTING JOINT STIPULATION TO SUBMIT
PLAINTIFF'S CLAIMS TO ARBITRATION AND STAY
ACTION PENDING ARBITRATION

## **ORDER**

Based on the Parties' Joint Stipulation to Stay Action Pending Arbitration, and finding good cause, IT IS HEREBY ORDERED, that:

1.     Plaintiff Melissa Stull's claims in this Action shall be submitted to binding arbitration.

2.     All court proceedings in this action shall be stayed pending arbitration.

3.     This Court has retained jurisdiction to enforce the arbitration's decision and award, if necessary.

IT IS SO ORDERED.

Dated: October 10, 2024        _____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

Case No. 2:24-cv-02722-TLN-AC
ORDER GRANTING JOINT STIPULATION TO SUBMIT
PLAINTIFF'S CLAIMS TO ARBITRATION AND STAY
ACTION PENDING ARBITRATION

FORD HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES